**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:19-cv-60341-MGC**

OJ COMMERCE LLC; and
NAOMI HOME, INC.,

    Plaintiffs,

v.

KIDKRAFT, LP; and
MID-OCEAN PARTNERS, LP

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that ALEXANDRA M. MORA, of the law firm of AKERMAN LLP, hereby gives notice to the Court and counsel of record of her appearance as counsel on behalf of Defendants, KidKraft, LP and Mid-Ocean Partners, LP and requests that copies of all pleadings, orders and filings relative to this lawsuit be served on her at the address set forth below..

Dated: February 26, 2019        Respectfully submitted,

                                      **AKERMAN LLP**
                                      Three Brickell City Centre
                                      98 Southeast Seventh Street, Suite 1100
                                      Miami, FL 33131
                                      Telephone: (305) 374-5600

                                      */s/ Alexandra M. Mora*
                                      Lawrence D. Silverman, Esq.
                                      Florida Bar No. 7160
                                      Alexandra M. Mora, Esq.
                                      Florida Bar No. 52368
                                      E-mail: lawrence.silverman@akerman.com
                                      E-mail: alexandra.mora@akerman.com

                                      -and-

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8226
Facsimile: (202) 530-9536

Richard G. Parker, Esq. (*pro hac vice* forthcoming)
E-mail: rparker@gibsondunn.com
Joshua Lipton, Esq. (*pro hac vice* forthcoming)
E-mail: jlipton@gibsondunn.com

*Attorneys for Defendants, KidKraft, LP and Mid-Ocean Partners, LP*

48077069;1