UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-60341-CIV-COOKE/HUNT

OJ COMMERCE LLC; and
NAOMI HOME, INC.,

      *Plaintiffs*,

v.

KIDKRAFT, LP; and
MIDOCEAN PARTNERS, LP,

      *Defendants.*

_____/

## KIDKRAFT, INC.[1] RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant KidKraft, Inc., by and through its undersigned counsel, discloses the following:

1. KidKraft, Inc. is a corporation organized under the laws of the state of Delaware.

2. KidKraft, Inc. is owned 100% by parent company, KidKraft Intermediate Holdings, LLC, which is owned 100% by parent company, KidKraft Group Holdings, LLC, which is majority owned and controlled by MidOcean Partners IV, L.P.

3. There is no publicly held corporation owning 10% or more of KidKraft, Inc.'s stock.

Date: April 1, 2019            Respectfully submitted,

                                            */s/ Lawrence D. Silverman*

---

[1] **Plaintiffs have named the incorrect legal entities. MidOcean Partners, L.P. should be removed and replaced with MidOcean Partners IV, L.P. Additionally, KidKraft, L.P. should be removed and replaced with KidKraft, Inc.**

48460013;1

**Joshua Lipton (*Pro Hac Vice* Pending)**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539
jlipton@gibsondunn.com

**Scott K. Hvidt (*Pro Hac Vice* Pending)**
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201-6911
Telephone:  (214) 698-3100
Facsimile:  (214) 698-3400
shvidt@gibsondunn.com

-and-

Lawrence D. Silverman, Esq.
Florida Bar Number:  7160
Email:  lawrence.silverman@akerman.com
Alexandra M. Mora, Esq.
Florida Bar Number:  052368
Email:  alexandra.mora@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL  33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2019, I filed the foregoing document with the Clerk of Court via the CM/ECF system and a true and correct copy was served via the Court's CM/ECF System upon all counsel of record.

                                                     **By:**   */s/ Lawrence D. Silverman*  
                                                                 Lawrence D. Silverman

48460013;1