# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

OJ COMMERCE LLC, et al.,           Case No. 19-60341-Civ-COOKE/HUNT
    Plaintiffs

vs.

KIDKRAFT, Inc., et al.,
    Defendants
------------------------------------------/

## PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO SELECT A MEDIATOR

The parties, in accordance with Fed. R. Civ. 6(b), move for an extension of time to select a mediator.

1. On May 13, 2019, this Court ordered that "The parties shall agree upon a mediator within 15 days from the date of this Order and notify the Court." (ECF No. [25] 2).

2. The parties have met and conferred in good faith to agree on a mediator, and are confident they will reach agreement shortly, but due to prior commitments of counsel, including Defense counsel's pre-scheduled trip abroad, the parties require an extension of time up to June 15, 2019.

WHEREFORE, the parties respectfully requests this Court grant an extension of time, up to and including June 15, 2019, for the selection and designation of a mediator.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the parties conferred and are jointly moving for this relief. .

Dated: May 31, 2019

Respectfully submitted,

| | |
|---|---|
| *s/ Velvel (Devin) Freedman* | *s/ Joshua Lipton* |
| Velvel (Devin) Freedman, Esq. | Joshua Lipton, Esq. (Pro hac vice) |
| Florida Bar No. 99762 | Gibson, Dunn & Crutcher LLP |
| Carl Goldfarb, Esq. | 1050 Connecticut Avenue, N.W. |
| Florida Bar No. 0125891 | Washington, D.C. 20036-5306 |
| Robert G. Keefe, Esq. | Telephone: 202.955.8500 |
| Florida Bar No. 1010751 | Facsimile: 202.467.0539 |

<div style="column-count:2">

Laselve E. Harrison, Esq.
Florida Bar No. 112537
BOIES SCHILLER FLEXNER LLP
100 SE Second Street
Miami, FL 33131
Phone: (305) 539-8400
Fax: (305) 539-1307
Email: vfreedman@bsfllp.com
Email: cgoldfarb@bsfllp.com
Email: rkeefe@basfllp.com
Email: lharrison@bsfllp.com

Shlomo Y. Hecht, P.A.
Florida Bar No. 127144
11651 Interchange Cir. S.
Miramar, FL 33025
Phone: 954-861-0025
Email: sam@hechtlawpa.com

*Counsel for Plaintiffs*

Email: jlipton@gibsondunn.com

Scott K. Hvidt. Esq. (Pro hac vice)
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6911
Telephone: 214.698.3100
Facsimile: 214.698.3400
Email: shvidt@gibsondunn.com
Lawrence D. Silverman, Esq.
Florida Bar Number: 7160
Email: lawrence.silverman@akeman.com
Alexandra M. Mora, Esq.
Florida Bar Number: 052368
Email: alexandra.mora@akerman.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Facsimile: (305) 374-5095

*Counsel for Defendants*

</div>

2