UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-60341-Civ-COOKE/HUNT

OJ COMMERCE LLC, *et al.*,

    Plaintiffs,

vs.

KIDKRAFT LP, *et al.*,

    Defendants.

_____/

## ORDER

THIS MATTER comes before me on Defendants KidKraft, Inc. and MidOcean Partners IV, L.P.'s Motion to Dismiss for Failure to State a Claim (ECF No. 15). I have reviewed Defendants' Motion, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on November 18, 2019.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** Defendants' Motion to Dismiss for Failure to State a Claim is **DENIED** in its entirety.

**DONE and ORDERED** in chambers at Miami, Florida, this 19th day of November 2019.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*