UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CV-60341-CIV-COOKE/HUNT

OJ COMMERCE LLC; and
NAOMI HOME, INC.,

   Plaintiffs,

v.

KIDKRAFT, INC.; and
MIDOCEAN PARTNERS IV, L.P.,

   Defendants.

_____/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT (DKT. NO. 1) AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Defendants KidKraft, Inc. and MidOcean Partners IV, L.P. (collectively, "Defendants") hereby move under Federal Rule of Civil Procedure 6(b)(1)(a) for an extension of time, from December 3, 2019 to December 20, 2019, to file a responsive pleading pursuant to Fed. R. Civ. P. 12(a)(4)(A).

**MEMORANDUM OF LAW**

In support of this motion, Defendants show as follows:

On February 7, 2019, Plaintiffs filed their complaint alleging antitrust violations and a tortious interference claim. Dkt. No. 1. On November 18, 2019, this Court held a hearing on Defendants' fully-briefed motion to dismiss. Dkt. No. 47. At the hearing, the Court indicated that it would deny Defendants' motion. On November 19, 2019, the Court denied Defendants' motion to dismiss. Dkt. No. 49. In light of the Court's denial

of the motion to dismiss, the deadline for Defendants to file a responsive pleading is December 3, 2019.  *See* Fed. R. Civ. P. 12(a)(4)(A).

Defendants request an extension of the deadline to file their responsive pleading to December 20, 2019 (a) to accommodate counsel's family obligations and travel plans during the Thanksgiving week, and (b) to allow Defendants to devote their time and resources to the mediation in this matter that is scheduled for December 16, 2019.  Good cause exists for this extension.

Defendants' pleading is currently due immediately after Thanksgiving week.  Defendants' counsel have pre-existing family obligations and travel plans over the holiday, which makes compliance with the existing deadline extremely difficult.  In addition, Defendants' counsel has prior commitments on other matters during the week of December 2, which would add to the challenge of responding by the current deadline.  *See Smith v. Conner*, No. 8:12-CV-52-T-30AEP, 2013 WL 178974, at *2 (M.D. Fla. Jan. 17, 2013) (granting motion to extend time to file responsive pleading in light of counselors' other obligations and holiday season challenges).

Defendants would ordinarily request a 10-day extension (to December 13) to accommodate these challenges, but in light of the mediation between the parties that is scheduled for December 16, Defendants request an additional 7-day extension to December 20.  This extension will enable Defendants to focus their time and resources on the mediation and, if a resolution is achieved, avoid expending unnecessary resources.  *Advanced Bodycare Sols., LLC v. Thione Int'l, Inc.*, 524 F.3d 1235, 1241 (11th Cir. 2008) (noting that it is appropriate for courts, in their discretion, to give the parties time to mediate to avoid unnecessary expense).  Accordingly, good cause exists for the extension to allow Defendants to invest time and resources toward mediation and avoid unnecessary expense.

This extension will not affect the trial date or any other deadline in the case. This Motion is not being interposed for purposes of delay and neither the parties nor the Court will be prejudiced by the requested extension.

Defendants conferred with Plaintiffs in an effort to seek consent for this motion. Plaintiffs refused to consent, but in doing so did not identify any prejudice that would result from this short extension. Defendants respectfully submit that Plaintiffs' obstructionist refusal to consent to this reasonable request for an extension should not be a basis for denying the extension.

Accordingly, Defendants ask the Court to issue an order granting an extension until December 20, 2019 for Defendants to file their responsive pleading.

<u>Certification pursuant to L.R. 7.1(a)(3):</u>  Pursuant to Local Rule 7.1(a)(3), on November 26 and 27, 2019, counsel for Defendants, Joshua Lipton, conferred with Plaintiffs' counsel, Velvel Freedman, by telephone and email in a good faith effort to seek consent for the relief requested herein. Counsel for Plaintiffs indicated that they oppose the requested extension of time.

DATED:  November 27, 2019         Respectfully submitted,

<u>/s/ *Joshua Lipton*</u>
Joshua Lipton (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:   202.955.8500
Facsimile:   202.467.0539
jlipton@gibsondunn.com

Scott K. Hvidt (*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100

3

Dallas, Texas  75201
Telephone:  (214) 698-3100
Facsimile:  (214) 698-3400
shvidt@gibsondunn.com

-and-

Lawrence D. Silverman, Esq.
Florida Bar Number:  7160
Email:  lawrence.silverman@akerman.com
Alexandra M. Mora, Esq.
Florida Bar Number:  052368
Email:  alexandra.mora@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL  33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095

**ATTORNEYS FOR DEFENDANTS**

4

**C**ERTIFICATE OF **S**ERVICE

I hereby certify that on the 27th day of November, 2019, a true and correct copy of the foregoing brief was served via the Court's CM/ECF System upon all counsel of record.

/s/ *Lawrence D. Silverman*
Lawrence D. Silverman

50942081;1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 19-CV-60341-CIV-COOKE/HUNT

OJ COMMERCE LLC; and
NAOMI HOME, INC.,

        Plaintiffs,

v.

KIDKRAFT, INC.; and
MIDOCEAN PARTNERS IV, L.P.,

        Defendants.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

Before the Court is Defendants' Motion for Extension of Time to File a Responsive Pleading to Plaintiffs' Complaint from December 3, 2019 to December 20, 2019 (17-day extension).  The Court finds the motion is well taken and should be and hereby is GRANTED.  It is therefore ORDERED that the deadline for Defendants to file their responsive pleading is **December 20, 2019**.

        SO ORDERED.

DATED: _____                    _____

                                                                      The Honorable Marcia Cooke

                                                                      United States District Judge