# EXHIBIT A

**Subject:** RE: NPD Data and HC status
**Date:** Wednesday, May 13, 2020 at 12:14:45 PM Eastern Daylight Time
**From:** Lipton, Joshua
**To:** 'Velvel Freedman'
**CC:** Hvidt, Scott K., lawrence.silverman@akerman.com, Constantine Economides, William Dzurilla, Mark Schweikert, Nathalie Bermond, Pearl, Stevie E., Zumwalt, Kaitlin B., Nathalie Bermond

Dear Vel,

You are incorrect. To be clear, I told you that there is no central repository of NPD data that has not already been searched. In fact, in the course of our document production, we identified one central file that contained NPD-related documents. Every document in that file—without limitation to search terms—was reviewed for responsiveness to your document requests.

With respect to your question about search terms, our review of NPD data from the agreed-upon custodians was significantly broader than the agreed-upon search terms. Specifically, we reviewed all documents (i.e., not just those hitting on the agreed-upon search terms) that were within the relevant time period that hit on the terms "NPD" and "Kitchen & Food." Searching only for "NPD" yields far too many nonresponsive documents to be a meaningful limitation, including empty templates, NPD brochures, and NPD data regarding non-responsive products (for example, outdoor furniture). Accordingly, "Kitchen & Food" was added to the search as it is the NPD data category in which kitchen data is contained.

In addition, we reviewed all excel files from the agreed-upon custodians within the relevant time period that hit on the terms "NPD" and "Kitchen." As you have seen, the raw NPD data is contained in excel form, so by searching all excel files, all NPD data with the word "kitchen" was reviewed for responsiveness.

All of these documents have been reviewed for responsiveness to your document requests, and all responsive documents have already been produced or are ==being produced in the handful of trailing materials that will be produced shortly.==

In short, we have more than satisfied our document production obligations, and nothing further is required.

Regards.

**Joshua Lipton**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8226 • Fax +1 202.530.9536
JLipton@gibsondunn.com • www.gibsondunn.com

**From:** Velvel Freedman <vel@rcfllp.com>
**Sent:** Monday, May 11, 2020 6:33 PM
**To:** Lipton, Joshua <JLipton@gibsondunn.com>
**Cc:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; lawrence.silverman@akerman.com; Constantine Economides <ceconomides@rcfllp.com>; William Dzurilla <wdzurilla@rcfllp.com>; Mark Schweikert <mark@schweikertlaw.com>; Nathalie Bermond <nbermond@rcfllp.com>; Pearl, Stevie E. <SPearl@gibsondunn.com>; Zumwalt, Kaitlin B. <KZumwalt@gibsondunn.com>; Nathalie Bermond <nbermond@rcfllp.com>
**Subject:** Re: NPD Data and HC status

[External Email]
Josh,

If you're telling me that you don't have a central repository of these documents, then we need you to run additional search terms across the relevant repositories to ensure you are pulling the NPD data responsive to RFP 4-9. Obviously, we did not have the benefit of reviewing any of your production before setting those search terms. Can you please send me a hit report that runs the term "NPD" and "NPD Group" across the documents you have collected. It would be helpful if the report will also demonstrate what hits have not yet been produced.

If you're not willing to do so, please let me know when you can meet and confer on this issue?

Our dataroom is not reflecting the de-designation of these two documents below. Can you please ask your vendor when they transmitted the de-designation so I can track down where the disconnect is.

-Vel

**Velvel (Devin) Freedman**
Partner

Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

---

**From:** "Lipton, Joshua" <JLipton@gibsondunn.com>
**Date:** Monday, May 11, 2020 at 6:27 PM
**To:** Velvel Freedman <vel@rcfllp.com>
**Cc:** "Hvidt, Scott K." <SHvidt@gibsondunn.com>, "lawrence.silverman@akerman.com" <lawrence.silverman@akerman.com>, Constantine Economides <ceconomides@rcfllp.com>, William Dzurilla <wdzurilla@rcfllp.com>, Mark Schweikert <mark@schweikertlaw.com>, William Dzurilla <wdzurilla@rcfllp.com>, Nathalie Bermond <nbermond@rcfllp.com>, "Pearl, Stevie E." <SPearl@gibsondunn.com>, "Zumwalt, Kaitlin B." <KZumwalt@gibsondunn.com>

**Subject:** RE: NPD Data and HC status

Dear Vel,
We have looked into your request. You asked for "the full set of responsive NPD Group data." If you are asking for the NPD database, that is not something that KidKraft possesses. Likewise, if you are asking whether there is a central repository of NPD data in the company that has not been searched and produced already, we have investigated the issue and we are not aware of such a source.

As you have seen in the documents we have produced, KidKraft is in possession of spreadsheets or reports containing data received from NPD. If you are asking that we produce every document anywhere in the company that contains any data sourced from an NPD report, that is not a practicable or reasonable request. We addressed this issue during our lengthy meet and confer discussions last year. As part of those discussions, we agreed to respond to these requests through custodians and search terms because of the impracticality of identifying every document anywhere in the company that might touch on a particular issue. You will also recall that this agreement ran both ways – that is, your production to us has also been defined through custodians and search terms.

We have responded fully to these document requests, consistent with our discovery agreements. With the exception of a handful of trailing items that will be completed shortly, that production is complete. Specifically, documents responsive to your requests that contain NPD data have been gathered, reviewed, and produced to you in accordance with our agreed-upon approach to your document requests.

With respect to confidentiality designations, the two documents you identify were de-designated several weeks ago and therefore do not bear a Highly Confidential designation. If there are documents that actually are designated Highly Confidential that you believe are improperly designated, please bring them to our attention and we will address them promptly.

Regards.

**Joshua Lipton**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8226 • Fax +1 202.530.9536
JLipton@gibsondunn.com • www.gibsondunn.com


**From:** Velvel Freedman <vel@rcfllp.com>
**Date:** Tuesday, May 5, 2020 at 9:04 PM
**To:** "Lipton, Joshua" <JLipton@gibsondunn.com>
**Cc:** "Hvidt, Scott K." <SHvidt@gibsondunn.com>, "lawrence.silverman@akerman.com" <lawrence.silverman@akerman.com>, Constantine Economides <ceconomides@rcfllp.com>, William Dzurilla <wdzurilla@rcfllp.com>, Mark Schweikert <mark@schweikertlaw.com>
**Subject:** NPD Data and HC status

Josh,

Our First Document Requests nos. 4-9, specifically requested production of, *inter alia*, all documents relating to competing toy kitchens, comparison and ranking of other toy kitchen sellers, and market share. Your production shows that Kidkraft has numerous NPD documents that reflect just this market share. Nonetheless, it appears that you have not produced the full set of responsive NPD Group data. I suspect that this is because the search terms we identified have not hit on every relevant NPD document. Instead of trying to come up with additional search terms to find this data, please confirm if you will perform a direct pull of all documents reflecting market data furnished to Kidkraft by The NPD Group, Inc?

Furthermore, I'm concerned to see again that your team has marked NPD Group documents, which are publicly available for sale, as Highly Confidential (e.g., KKI 6201 and KKI 6035). Inexplicably, many NPD documents are only designated Confidential or not designated confidential at all. Compare*, e.g.,* KKI 29437 (no confidentiality designation) with KKI 6201 (designated Highly Confidential). Please confirm that you will immediately de-designate all NPD Group documents?

Feel free to contact me if you would like to discuss.

Thanks,
-Vel


**Velvel (Devin) Freedman**
Partner

Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby

notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.