# EXHIBIT B

| | |
|---|---|
| **Subject:** | Re: Meet & confer follow-up |
| **Date:** | Monday, May 18, 2020 at 12:29:43 AM Eastern Daylight Time |
| **From:** | Velvel Freedman |
| **To:** | Lipton, Joshua, Zumwalt, Kaitlin B., Constantine Economides, Mark Schweikert, Nathalie Bermond |
| **CC:** | Hvidt, Scott K., Pearl, Stevie E., lawrence.silverman@akerman.com, alexandra.mora@akerman.com, Sam Hecht |

These are not *trailing* items Josh. You imposed a "relevance" review over topics you agreed to produce no matter the relevance. While we can agree to disagree on the quality of your "relevance" review, I can't understand why it would take this long to produce items that should be produced after a hit report tells you, *e.g.*, that Jacob Weiss was mentioned and you determine it's not privileged.

Further, there's no rhetoric. After you improperly designated much of your production as HC to block our client from reviewing it (which required a court order to remedy) you have since refused to add additional custodians unless we agreed to limit it to only 3. We obviously need your 30b6 deposition before we can know if that's reasonable, but you've stonewalled that request too. Finally, despite the clear evidence that your review team is, at best, negligent in their designations of items – you have insisted that your 3% production rate is reasonable. It's patently not. I'm hopeful your next production will remedy the responsive rate – but if it doesn't, we will have no choice but to try and cure that prejudice with Judge Hunt.

I will set my calendar for Tuesday.

Thanks,
-Vel



**Velvel (Devin) Freedman**
Partner

Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

---

**From:** "Lipton, Joshua" <JLipton@gibsondunn.com>
**Date:** Monday, May 18, 2020 at 12:23 AM
**To:** Velvel Freedman <vel@rcfllp.com>, "Zumwalt, Kaitlin B." <KZumwalt@gibsondunn.com>, Constantine Economides <ceconomides@rcfllp.com>, Mark Schweikert <mark@schweikertlaw.com>, Nathalie Bermond <nbermond@rcfllp.com>
**Cc:** "Hvidt, Scott K." <SHvidt@gibsondunn.com>, "Pearl, Stevie E." <SPearl@gibsondunn.com>,

"lawrence.silverman@akerman.com" <lawrence.silverman@akerman.com>,
"alexandra.mora@akerman.com" <alexandra.mora@akerman.com>, Sam Hecht <shloimy@gmail.com>
**Subject:** RE: Meet & confer follow-up

We are expecting to have the production of trailing items to you by Monday or Tuesday at the latest. I understand that you should also be producing documents to us that were initially withheld by your privilege screen, but which will be produced to the extent a manual review shows them not to be privileged. When will you be producing those documents to us?

Also, please spare me your rhetoric about delays and prejudice. There is no basis for those claims.

Regards.

**Joshua Lipton**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8226 • Fax +1 202.530.9536
JLipton@gibsondunn.com • www.gibsondunn.com

**From:** Velvel Freedman <vel@rcfllp.com>
**Sent:** Sunday, May 17, 2020 11:15 AM
**To:** Lipton, Joshua <JLipton@gibsondunn.com>; Zumwalt, Kaitlin B. <KZumwalt@gibsondunn.com>; Constantine Economides <ceconomides@rcfllp.com>; Mark Schweikert <mark@schweikertlaw.com>; Nathalie Bermond <nbermond@rcfllp.com>
**Cc:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Pearl, Stevie E. <SPearl@gibsondunn.com>; lawrence.silverman@akerman.com; alexandra.mora@akerman.com; Sam Hecht <shloimy@gmail.com>
**Subject:** Re: Meet & confer follow-up

[External Email]
Josh,

Please provide me with a date certain when this production will be complete. Your delays and refusal to add additional custodians is prejudicing my client.

-Vel
Velvel (Devin) Freedman
Partner
Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

**From:** Lipton, Joshua <JLipton@gibsondunn.com>
**Sent:** Monday, May 4, 2020 11:29:19 PM
**To:** Velvel Freedman <vel@rcfllp.com>; Zumwalt, Kaitlin B. <KZumwalt@gibsondunn.com>; Constantine Economides <ceconomides@rcfllp.com>; Mark Schweikert <mark@schweikertlaw.com>

**Cc:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Pearl, Stevie E. <SPearl@gibsondunn.com>; lawrence.silverman@akerman.com <lawrence.silverman@akerman.com>; alexandra.mora@akerman.com <alexandra.mora@akerman.com>; Sam Hecht <shloimy@gmail.com>
**Subject:** RE: Meet & confer follow-up

We will include these terms in our review.

Regards.

**Joshua Lipton**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8226 • Fax +1 202.530.9536
JLipton@gibsondunn.com • www.gibsondunn.com

---

**From:** Velvel Freedman <vel@rcfllp.com>
**Sent:** Monday, May 4, 2020 10:28 AM
**To:** Zumwalt, Kaitlin B. <KZumwalt@gibsondunn.com>; Constantine Economides <ceconomides@rcfllp.com>; Mark Schweikert <mark@schweikertlaw.com>
**Cc:** Lipton, Joshua <JLipton@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Pearl, Stevie E. <SPearl@gibsondunn.com>; lawrence.silverman@akerman.com; alexandra.mora@akerman.com; Sam Hecht <shloimy@gmail.com>
**Subject:** Re: Meet & confer follow-up

[External Email]
Kaitlin/Josh,

Thanks for this letter. While I will reserve on our position pending your re-review of the deficiency identified, I appreciate the effort you are making to remedy the issue. That said, I do think you have left off an additional four search terms that need to be included in the effort to ensure that all documents related to OJC and NH are produced per our agreement for RFP 3. Specifically, please also include:

1. "NH"
2. Naomi /5 kitchen
3. Naomi /5 Jacob
4. Naomi /5 Weiss

Can you please confirm you will add these terms?

Furthermore, I'm concerned about the "/10" restriction you placed on the Wolfson and Barr search terms. You are to produce all documents related to these custodians involving kitchens, and your limiter will not pick up all such communications if they are mentioned more then 10 words from their name. Consequently, I believe you need to search the documents with slightly altered search terms. Specifically:

1. Matan OR Wolfson OR matan@kidkraft.com AND kitchen OR espresso
2. (same modifications for Daniel Barr)

Please confirm you will make this change as well?

Many thanks,
-Vel
**Velvel (Devin) Freedman**
Partner

Roche Cyrulnik Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rcfllp.com

---

**From:** "Zumwalt, Kaitlin B." <KZumwalt@gibsondunn.com>
**Date:** Wednesday, April 29, 2020 at 9:49 PM
**To:** Velvel Freedman <vel@rcfllp.com>, Constantine Economides <ceconomides@rcfllp.com>, Mark Schweikert <mark@schweikertlaw.com>
**Cc:** "Lipton, Joshua" <JLipton@gibsondunn.com>, "Hvidt, Scott K." <SHvidt@gibsondunn.com>, "Pearl, Stevie E." <SPearl@gibsondunn.com>, "lawrence.silverman@akerman.com" <lawrence.silverman@akerman.com>, "alexandra.mora@akerman.com" <alexandra.mora@akerman.com>
**Subject:** RE: Meet & confer follow-up

Hi Vel,

Please find attached correspondence from Josh.  Please let us know if you have any questions.

Best,
Katie
**Kaitlin B. Zumwalt**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8583 • Fax +1 202.831.6024
KZumwalt@gibsondunn.com • www.gibsondunn.com

---

**From:** Lipton, Joshua <JLipton@gibsondunn.com>
**Sent:** Monday, April 27, 2020 4:51 PM
**To:** 'Velvel Freedman' <vel@rcfllp.com>; Constantine Economides <ceconomides@rcfllp.com>; Mark Schweikert <mark@schweikertlaw.com>
**Cc:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Pearl, Stevie E. <SPearl@gibsondunn.com>; Zumwalt, Kaitlin B. <KZumwalt@gibsondunn.com>; lawrence.silverman@akerman.com; alexandra.mora@akerman.com
**Subject:** Meet & confer follow-up

Hi Vel.  We are still conducting our diligence on two issues we discussed last week – your requests about 30 employees and your questions about document responsiveness.  We're working quickly on both fronts and expect to have responses to you by tomorrow or Wednesday at the latest.  In the meantime, please let me know if you would like to discuss.

Regards.

**Joshua Lipton**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8226 • Fax +1 202.530.9536
JLipton@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.