# EXHIBIT L

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:19-cv-60341-MGC

OJ COMMERCE LLC; and
NAOMI HOME, INC.,

    *Plaintiffs*

v.

KIDKRAFT, LP; and
MID-OCEAN PARTNERS, LP

    *Defendants.*

### [PROPOSED] ORDER ON PLAINTIFFS' EXPEDITED MOTION TO COMPEL

THIS CAUSE is before the Court upon Plaintiffs' Expedited Motion to Compel and Request for Discovery Hearing. Having reviewed the Expedited Motion, Defendants' Response, and Plaintiff's Reply and conducted a hearing, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion is **GRANTED** as follows:

(A) Defendants shall produce within five (5) days of this Order the remaining non-privileged documents responsive to the parties' agreed-upon search terms;

(B) Defendants shall preliminarily designate those non-privileged documents as "Highly Confidential" for Plaintiffs' counsel's review only; and

(C) Plaintiffs' counsel shall notify Defendants' counsel before using any of those documents in this case, to allow Defendants an opportunity to determine the appropriate confidentiality designation, if any, at that time.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this _____ day of June, 2020.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE