<div align="center">

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CV-60341-CIV-COOKE/SNOW

</div>

OJ COMMERCE LLC; and
NAOMI HOME, INC.,

        Plaintiffs,

v.

KIDKRAFT, INC.; and
MIDOCEAN PARTNERS IV, L.P.,

        Defendants.

_____/

<div align="center">

**JOINT MOTION FOR EXTENSION OF
CERTAIN PRETRIAL DEADLINES**

</div>

In light of this Court's Administrative Order 2020-53, entered by Chief Judge K. Michael Moore on August 11, 2020, which continues all civil jury trials until January 4, 2021 at the earliest, the parties jointly request that the Court extend the remaining pre-trial deadlines, as set forth in this Court's Amended Order Setting Civil Trial Date and Pretrial Deadlines (entered December 23, 2019, DE 73), to better align them with the earliest possible new trial date. The parties have complied with all deadlines that occurred prior to the entry of Administrative Order 2020-53, and they do not seek the reopening of any of these prior deadlines. The parties respectfully request the Court to re-set the remaining pre-trial deadlines as follows:

- Joint Pre-Trial Stipulation: November 20, 2020;
- Joint Summary of the Parties' Motion(s) *in Limine*: November 20, 2020;
- Final proposed Jury Instructions and Verdict Form: December 16, 2020;
- Trial Witness List indicating each witness who will testify at trial, a one-sentence synopsis of the testimony, and in consultation with opposing counsel, the amount of time needed for direct and cross examination: December 16, 2020;

- Witness Identification List for the jury, including address or place of employment: December 16, 2020;
- Proposed *Voir Dire* questions specific to the case: December 16, 2020;
- Proposed Deposition designations, cross-designations, and objections therein: December 16, 2020;
- Demonstrative and Summary Exhibits: 48 hours or a reasonable time in advance of use at trial to allow the Court time to resolve any objections.[1]

The parties propose these extended deadlines so that, with the exception of the deadline for demonstrative and summary exhibits, each falls in advance of the earliest possible new trial date on the same schedule as the Court provided in the Trial Order.

If the above pre-trial filings are keyed to that new date, the parties will use this additional time to work together on e.g., a set of stipulated facts, with the hope of reducing the number of disputes requiring judicial resolution. Using the proposed deadlines to make streamlined, focused decisions will conserve judicial and party resources and lead to a better, and better considered, presentation of each side's position at trial.

As noted above, the requested extensions will not cause any delay of trial and all parties are committed to be ready for trial on the date the Court sets. For all these reasons, the parties respectfully request that the Court enter a pre-trial order in the form attached.

In the event the Court finds that a trial starting on January 4, 2021 is not practical, the parties would request the Court provide a new trial setting, and the parties would be happy to present a new schedule that is keyed off of that date.

## S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the parties have conferred and are jointly making this request.

Dated: August 24, 2020

| | |
|---|---|
| *By: /s/ Joshua Lipton* | By: *s/ Velvel (Devin) Freedman* |
| Joshua Lipton (Pro Hac Vice) | Velvel (Devin) Freedman |

---

[1] The Court's Amended Order does not set forth a specific deadline for demonstrative and summary exhibits, but the parties respectfully request this deadline and ask the Court allow them to submit those exhibits reasonably in advance of their intended use at trial as opposed to all in advance of trial. This will allow the parties to identify demonstrative and summary exhibits that they actually intend to use them and allow the Court to resolve any objections.

<div style="columns:2">

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539
jlipton@gibsondunn.com

Scott K. Hvidt (Pro Hac Vice)
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue
Dallas, Texas 75201-6911
Telephone: (214) 698-3317
Facsimile: (214) 571-2981
shvidt@gibsondunn.com

Lawrence D. Silverman, Esq.
Florida Bar Number: 7160
Email: lawrence.silverman@akerman.com
Alexandra M. Mora, Esq.
Florida Bar Number: 052368
Email: alexandra.mora@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

*Attorneys for Defendants*

Florida Bar No. 99762
Constantine Economides
Florida Bar No. 118177
**ROCHE CYRULNIK FREEDMAN LLP**
200 S. Biscayne Blvd., Suite 5500
Miami, FL 33131
Tel.   (305) 357-3861
Email: vel@rcfllp.com
Email: ceconomides@rcfllp.com

Shlomo Y. Hecht, P.A.
Florida Bar No. 127144
11651 Interchange Cir S
Miramar, FL 33025
Phone: 954-861-0025
Email: sam@hechtlawpa.com

*Attorneys for Plaintiffs*

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2020, a true and correct copy of the foregoing was served on all counsel of record via ECF and email.

*s/ Alexandra M. Mora*
Alexandra M. Mora