**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:19-CV-60341-CIV-COOKE/SNOW**

OJ COMMERCE LLC,
and NAOMI HOME, INC.,

    Plaintiffs,

v.

KIDKRAFT, INC., and
MIDOCEAN PARTNERS IV, L.P.,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4, notice is hereby given that all plaintiffs in the above-referenced case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order on Defendants' Motion for Summary Judgment (ECF No. 255) entered in this action on the 31st day of March, 2021.

Dated: April 29, 2021

                                    Respectfully submitted,

                                    By: */s/ Velvel Devin Freedman*
                                        Velvel (Devin) Freedman
                                        Florida Bar No. 99762
                                        Constantine Economides
                                        Florida Bar No. 118177
                                        **ROCHE FREEDMAN LLP**
                                        P.O. Box 654139
                                        Miami, Florida 33265
                                        vel@rcfllp.com
                                        ceconomides@rcfllp.com

                                        Mark A. Schweikert
                                        Florida Bar No. 70555
                                        **SCHWEIKERT LAW PLLC**
                                        1111 Biscayne Blvd., Suite 1550

        Miami, Florida 33131
        (305) 926-9452
        mark@schweikertlaw.com

        Shlomo Y. Hecht, P.A.
        Florida Bar No.: 127144
        11651 Interchange Cir S
        Miramar, FL 33025
        Phone: 954-861-0025
        Fax: 615-413-6404
        Email: sam@hechtlawpa.com

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Velvel Freedman*
        VELVEL (DEVIN) FREEDMAN